```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 10028
    CLARENCE J JONES
    JACQUELINE P JONES                    CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

         Debtor
    SSN XXX-XX-0941     SSN XXX-XX-8121


-----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 04/22/08 .

    2.   The case was converted to Chapter 7 without confirmation, 07/11/2008.

    3.   The Debtor paid a total of $   1053.00 .

    4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SAXON MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| SAXON MORTGAGE SERVICES | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| BAXTER CREDIT UNION | SECURED VEHIC | .00 | .00 | 991.93 |
| BAXTER CREDIT UNION | SECURED VEHIC | .00 | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICARECOV | UNSECURED | NOT FILED | .00 | .00 |
| APPLIED CARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| BAXTER CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| CACH LLC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| DEBT RECOVERY SOLUTIONS | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| FIRST MIDWEST BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK MARI | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK MARI | UNSECURED | NOT FILED | .00 | .00 |
| CINNYS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| KEYNOTE CONSULTING INC | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| MIDNIGHT VELVET | UNSECURED | NOT FILED | .00 | .00 |
| MONROE & MAIN | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |

```
PORTFOLIO RECOVERY ASSOC  UNSECURED       NOT FILED              .00           .00
PROVIDIAN FINANCIAL       UNSECURED       NOT FILED              .00           .00
SALUTE VISA GOLD          UNSECURED       NOT FILED              .00           .00
SECURITY CREDIT SYSTEMS   UNSECURED       NOT FILED              .00           .00
SEVENTH AVENUE            UNSECURED       NOT FILED              .00           .00
SST FAIRLANE CREDIT       UNSECURED       NOT FILED              .00           .00
SST FAIRLANE CREDIT       UNSECURED       NOT FILED              .00           .00
TRIBUTE GOLD MASTERCARD   UNSECURED       NOT FILED              .00           .00
WFNNB/HARLEM FURNITURE    UNSECURED       NOT FILED              .00           .00
       Summary of disbursements:
----------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00          .00          .00          .00           .00
PRINCIPAL PAID        991.93          .00          .00          .00        991.93
INTEREST PAID            .00          .00          .00          .00           .00
TOTAL PAID            991.93          .00          .00          .00        991.93
```

The Debtor's attorney, ERICK BOHLMAN ESQ           , was allowed $         .00
and was paid $          .00 .

The Trustee received $       61.07 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 10/09/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                                PAGE   2
          CASE NO. 08 B 10028 CLARENCE J JONES & JACQUELINE P JONES